FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 28 2006
MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **DANIEL JESUS LEMOS,** ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CRIMINAL NO. 06-1436 <br><br> COUNT 1: 18 U.S.C. § 922(g)(1) <br> and 18 U.S.C. § 924(a)(2): <br> Felon in Possession of a Firearm. <br><br> COUNT 2: 18 U.S.C. § 922(k): <br> Possession of a Firearm with an <br> Obliterated, Removed, Changed <br> and Altered Serial Number. |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about the 23rd day of September, 2005, in Cibola County, State and District of New Mexico, the defendant, **DANIEL JESUS LEMOS**, a person who had been convicted in the Thirteenth Judicial District Court, in and for the County of Cibola, State of New Mexico of Residential Burglary in cause number D-1333-CR-96-0300; in the Second Judicial District Court, in and for the County of Bernalillo, State of New Mexico of Aggravated Burglary (deadly weapon enhancement), in cause number CR 93-01321; in the Second Judicial District Court, in and for the County of Bernalillo, State of New Mexico of Commercial Burglary, Larceny over $2500, Aggravated Burglary (armed after entering), and Larceny (with firearm enhancement), in cause number CR-2001-00612; and in the

Thirteenth Judicial District Court, in and for the County of Cibola, State of New Mexico of Possession of a Controlled Substance (Methamphetamine), in case number CR-2002-0125, did knowingly possess a firearm, a Mossberg, model 500, 20 gauge shotgun, in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

### COUNT 2

On or about the 23rd day of September, 2005, Cibola County, State and District of New Mexico, the defendant, **DANIEL JESUS LEMOS**, did knowingly and unlawfully receive or possess a firearm, a Mossberg, model 500, 20 gauge shotgun with an overall length of less than 26 inches, with an obliterated, removed, changed, and altered serial number.

In violation of 18 U.S.C. § 922(k).

### FORFEITURE ALLEGATIONS

Upon conviction of either offense alleged in this Indictment, defendant, **DANIEL JESUS LEMOS**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm involved in the commission of the offense in either Count 1 or Count 2, described as follows:

a. Mossberg, model 500, 20 gauge shotgun, with an obliterated serial number.

A TRUE BILL

_____
FOREPERSON

DAVID C. IGLESIAS
United States Attorney

_____ June, 2006