UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO

# SENTENCING MINUTE SHEET

| CR No. | 06-1436 LH | USA vs. | Lemos |
|---|---|---|---|
| Date: | 2/2/10 | Name of Deft: | Daniel Jesus Lemos |

| Before the Honorable | C. LeRoy Hansen |
|---|---|

| Time In/Out: | **10:47 - 10:53** | Total Time in Court (for JS10): | 6 minutes |
|---|---|---|---|
| Clerk: | **J. Gonzales/N. Maestas** | Court Reporter: | John DeLaRosa |
| AUSA: | **Kenneth Gonzales** | Defendant's Counsel: | Phillip Medrano |
| Sentencing in: | **ABQ.** | Interpreter: | |

| Probation Officer: | **Lovato** | | Sworn? | | Yes | | No |
|---|---|---|---|---|---|---|---|

| Convicted on: | X | Plea | | Verdict | As to: | Information | X | Count I and II of Indictment |
|---|---|---|---|---|---|---|---|---|

| If Plea: | X | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | |
|---|---|---|---|---|---|---|

| If Plea Agreement: | | Accepted | | Not Accepted | X | No Plea Agreement | Comments: |
|---|---|---|---|---|---|---|---|

| Date of Plea/Verdict: | 4/3/8 | PSR: | X | Not Disputed | | Disputed |
|---|---|---|---|---|---|---|

| PSR: | X | Court Adopts PSR Findings | Evidentiary Hearing: | X | Not Needed | | Needed |
|---|---|---|---|---|---|---|---|

| Exceptions to PSR: | |
|---|---|

| **SENTENCE IMPOSED** | Imprisonment (BOP): **180 months** as to count I & II of Indictment; said terms to run concurrently |
|---|---|

| Supervised Release: | 3 years as to each count, said terms to run concurrently | Probation: | | | 500-Hour Drug Program |
|---|---|---|---|---|---|

### SPECIAL CONDITIONS OF SUPERVISION

| | | | | |
|---|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| | Comply with ICE laws and regulations | | Community service for _____ months _____ days |
| | ICE to begin removal immediately or during sentence | | Reside halfway house _____ months _____ days |
| X | Participate in substance abuse program/drug testing | | Register as sex offender |
| X | Participate in mental health program | | Participate in sex offender treatment program |
| X | No alcohol/liquor establishments | | Possess no sexual material |
| X | Submit to search of person/property | | No computer with access to online services |
| | No contact with victim(s) and/or co-Deft(s) | | No contact with children under 18 years |
| | No entering, or loitering near, victim's residence | | No volunteering where children supervised |
| | Provide financial information | | Restricted from occupation with access to children |
| | Grant limited waiver of confidentiality | | No loitering within 100 feet of school yards |
| X | OTHER: Deft. will forfeit Mossberg, model 500 .20 gauge shotgun | | |

| Fine: | $ | **0.00** | Restitution: $ | **0.00** |
|---|---|---|---|---|
| SPA: | $ | 200.00           ($100 as to each Count) | Payment Schedule: | X | Due Imm. | | Waived |

| OTHER: | |
|---|---|

| X | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|
| X | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |

| OTHER COMMENTS | Mr. Medrano requests low end of guidelines. Defendant does not address Court. |
|---|---|